UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

Priority ✓
Send ✓
Enter ___
Closed ___
JS-5/JS-6 ___
JS-2/JS-3 ___
Scan Only ___

| Case No. | CV 02-4744-MMM (MANx) | Date | February 18, 2004 |
|---|---|---|---|

Title  W.E. Green v. Leroy Baca, et al.

Present: The Honorable  **MARGARET A. NAGLE, U.S. MAGISTRATE JUDGE**

| Earlene Carson | N/A | 04-06 [3003 - end]<br>04-07 [0 - 1615] |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiff(s):  Marion Yagman

Attorneys Present for Defendant(s):  Jeremy B. Warren

**Proceedings:**  Further Telephonic Conference re Non-Compliance with this Court's Orders

The case is called. Marion Yagman, of Yagman, Yagman, Reichmann & Bloomfield, appears telephonically on behalf of plaintiff. Jeremy B. Warren, of Franscell, Strickland, Roberts & Lawrence, appears telephonically on behalf of defendants.

The Court hears argument regarding defendants' alleged non-compliance with this Court's Orders and rules as follows: The Court ORDERS that, by no later than **February 19, 2004**, defense counsel shall deliver to the Court the privilege log provided with defendants' responses to the discovery ordered in this Court's December 26, 2003 Order. Copies of all withheld or redacted documents shall also be delivered to the Court, by no later than **February 19, 2004**, for *in camera* review. Further, by no later than **February 27, 2004**, defendants shall provide to opposing counsel a verified supplemental response regarding the completeness of the list of lawsuits regarding "over-detentions" provided in response to the Court's Order. As detailed on the record, defendants shall also file and serve, by no later than **Februaey 27, 2004**, a Declaration that explains, clearly and precisely, the genesis of the so-called "back-up documents" underlying the "over-detention" statistics provided in the subject Merrick Bobb reports.

cc:
All parties of record

DOCKETED ON CM
FEB 20 2004
BY _____ 059

1 : 10

Initials of Preparer  efc